JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
RACHEL J. MOROSKI (SBN 286805)
RMoroski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC.,

Plaintiff,

v.

KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT AND EXCHANGE VISITOR PROGRAM, and DOES 1 through 10, inclusive,

Defendants.

Case No. 5:18-cv-06228-EJD

Assigned to
The Hon. Edward J. Davila

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF ADMINISTRATIVE PROCEEDINGS, BRIEFING SCHEDULES FOR MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS, AND CONSOLIDATED HEARINGS**

Plaintiff International Technological University Foundation, Inc. ("ITU") and Defendants Kirstjen M. Nielsen, in her official capacity as Secretary of the Department of Homeland Security, United States of America, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement, Student and Exchange Visitor Program (collectively, "Defendants") hereby stipulate as follows:

WHEREAS on October 11, 2018, ITU filed a Complaint alleging violations of the Due Process Clause of the Fifth Amendment and the Administrative Procedure Act and seeking declaratory, injunctive, and mandamus relief pursuant to 28 U.S.C. §§ 1361, 1651, & 2201 and 5 U.S.C. § 706;

WHEREAS on October 11, 2018, ITU's counsel notified the United States Attorney's Office of ITU's intent to file an emergency application for a Temporary Restraining Order (TRO) later that same day;

WHEREAS the United States Attorney's Office, on behalf of Defendants, requested that ITU postpone filing the application for a TRO while Defendants agree to a stay of proceedings in the administrative adjudication of ITU's certification to enroll nonimmigrant students;

WHEREAS the United States Attorney's Office, on behalf of Defendants, agreed to a stay of proceedings in the administrative adjudication of ITU's certification to enroll nonimmigrant students pending a ruling on ITU's motion for a preliminary injunction ("PI Motion") if ITU agreed not to file an application for a TRO;

WHEREAS the Defendants intend to file a motion to dismiss the Complaint ("Motion to Dismiss"); and

WHEREAS the parties agree that the most efficient use of judicial resources would be to consider the PI MOTION contemporaneously with the Motion to Dismiss;

IT IS HEREBY STIPULATED by and between Plaintiff ITU and Defendants that:

(1) Defendants shall stay any further review, processing, or adjudication of ITU's certification to enroll nonimmigrant students, including, but not limited to, any and all pending administrative proceedings related to the Withdrawal on Notice, dated April 17, 2018;

(2) The above-referenced stay shall be lifted when the District Court issues an order ruling on the above-referenced PI Motion;

(3) Plaintiff will not file an emergency application for TRO so long as Defendants remain in compliance with the terms of this Stipulation;

(4) On December 17, 2018, Defendants will file the Motion to Dismiss and all supporting papers, and Plaintiff will file the PI Motion and all supporting papers;

(5) On January 25, 2019, Defendants will file their opposition to the PI Motion, and Plaintiff will file its opposition to the Motion to Dismiss;

(6) On February 22, 2019, Defendants will file any reply in support of the Motion to Dismiss, and Plaintiff will file any reply in support of the PI Motion; and

(7) The parties request that the hearings on the Motion to Dismiss and PI Motion be set for March 14, 2019.

DATED: October 29, 2018

MORRISON & FOERSTER LLP

By: */s/ Joshua Hill Jr.*
JOSHUA HILL JR.

Attorneys for Plaintiff
INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC.

UNITED STATES ATTORNEY'S OFFICE

By: */s/ Rebecca Falk*
REBECCA FALK

Attorneys for Defendants
KIRSTJEN M. NIELSEN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT AND EXCHANGE VISITOR PROGRAM

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order Regarding Stay of Administrative Proceedings, Briefing Schedules for Motion for Preliminary Injunction and Motion to Dismiss, and Consolidated Hearings, IT IS HEREBY ORDERED that:

(1) Defendants shall stay any further review, processing, or adjudication of ITU's certification to enroll nonimmigrant students, including, but not limited to, any and all pending administrative proceedings related to the Withdrawal on Notice, dated April 17, 2018;

(2) The above-referenced stay shall be lifted when the Court issues an order ruling on the Plaintiff's Motion for a Preliminary Injunction ("PI Motion");

(3) Plaintiff will not file an emergency application for a Temporary Restraining Order so long as Defendants remain in compliance with the terms of this Stipulation;

(4) On December 17, 2018, Defendants will file their Motion to Dismiss and all supporting papers ("Motion to Dismiss"), and Plaintiff will file its PI Motion and all supporting papers;

(5) On January 25, 2019, Defendants will file their opposition to the PI Motion, and Plaintiff will file its opposition to the Motion to Dismiss;

(6) On February 22, 2019, Defendants will file any reply in support of the Motion to Dismiss, and Plaintiff will file any reply in support of the PI Motion; and

(7) The hearings on the Motion to Dismiss and PI Motion are set for March 14, 2019, at 9:00 a.m.

IT IS SO ORDERED.

DATED: ____________________

____________________________________
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

**ATTESTION (CIVIL LOCAL RULE 5-1(I)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: October 29, 2018

MORRISON & FOERSTER LLP

*/s/ Joshua Hill Jr.*
Joshua Hill Jr.