JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
RACHEL J. MOROSKI (SBN 286805)
RMoroski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
INTERNATIONAL TECHNOLOGICAL
UNIVERSITY FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT AND EXCHANGE VISITOR PROGRAM, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   5:18-cv-06228-EJD <br><br> Assigned to <br> The Hon. Edward J. Davila <br><br> **[PROPOSED] ORDER REGARDING STAY OF ADMINISTRATIVE PROCEEDINGS, BRIEFING SCHEDULES FOR MOTION FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS, AND CONSOLIDATED HEARINGS** |

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order Regarding Stay of Administrative Proceedings, Briefing Schedules for Motion for Preliminary Injunction and Motion to Dismiss, and Consolidated Hearings, IT IS HEREBY ORDERED that:

(1) Defendants shall stay any further review, processing, or adjudication of ITU's certification to enroll nonimmigrant students, including, but not limited to, any and all pending administrative proceedings related to the Withdrawal on Notice, dated April 17, 2018;

(2) The above-referenced stay shall be lifted when the Court issues an order ruling on the Plaintiff's Motion for a Preliminary Injunction ("PI Motion");

(3) Plaintiff will not file an emergency application for a Temporary Restraining Order so long as Defendants remain in compliance with the terms of this Stipulation;

(4) On December 17, 2018, Defendants will file their Motion to Dismiss and all supporting papers ("Motion to Dismiss"), and Plaintiff will file its PI Motion and all supporting papers;

(5) On January 25, 2019, Defendants will file their opposition to the PI Motion, and Plaintiff will file its opposition to the Motion to Dismiss;

(6) On February 22, 2019, Defendants will file any reply in support of the Motion to Dismiss, and Plaintiff will file any reply in support of the PI Motion; and

(7) The hearings on the Motion to Dismiss and PI Motion are set for March 14, 2019, at 9:00 a.m.

IT IS SO ORDERED.

DATED: _____

　　　　　　　　　　　　　　　　　　HON. EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE