JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
RACHEL J. MOROSKI (SBN 286805)
RMoroski@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
INTERNATIONAL TECHNOLOGICAL
UNIVERSITY FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, in her official capacity as Secretary of the Department of Homeland Security, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT EXCHANGE AND VISITOR PROGRAM, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   18-CV-06228-EJD <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

This matter comes before the Court on Plaintiff International Technological University Foundation, Inc.'s ("ITU") Motion for a Preliminary Injunction. Having considered the arguments and papers submitted, and finding good cause, the Court finds that ITU has demonstrated a strong likelihood of success on the merits, the balance of hardships tips in its favor, it faces immediate and irreparable injury from Defendants' conduct, and an injunction is in the public interest, and the Court hereby **GRANTS** ITU's motion, pursuant to Federal Rule of Civil Procedure 65 as follows:

The Court hereby preliminarily RESTRAINS AND ENJOINS Defendants Kirstjen Nielsen, in her official capacity as Secretary of the Department of Homeland Security, United States of America, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement, Student and Exchange Visitor Program, and their officers, agents, servants, employees, and attorneys and any other persons who are in active concert or participation with them (collectively the "Enjoined Parties") from:

(1) reviewing the Privileged Report[1] and any other documents discussing or derived from the contents of the Privileged Report;

(2) distributing the Privileged Report and any other documents discussing or derived from the contents of the Privileged Report;

(3) disclosing the contents of the Privileged Report to any person or entity;

(4) citing to or otherwise relying upon the Privileged Report and any other documents discussing the contents of the Privileged Report to support any action or to adjudicate any alleged violations of applicable regulations or laws; and

(5) any further adjudication of ITU's certification to enroll nonimmigrant students, including pending administrative proceedings, during the pendency of this action.

---

[1] The term "Privileged Report" refers to a memorandum, dated October 6, 2014, authored by ITU's outside legal counsel, as further discussed in ITU's memorandum of points and authorities.

1      This Preliminary Injunction shall take effect immediately and shall remain in effect
2  pending trial in this action or further order of this Court.
3      ITU shall not be required to post a bond for issuance of the Preliminary Injunction.

**IT IS SO ORDERED.**

Dated: _____, 2018      By: _____
                                                                         HONORABLE EDWARD J. DAVILA
                                                                         United States District Judge