## Exhibit B

# Nolan, Armstrong & Barton, LLP

To:     Rebecca Choi
        Chief Operating Officer
        International Technological University

        Mikel Duffy
        Associate Director of Innovation
        International Technological University

From:   Daniel Olmos
        Nolan, Armstrong & Barton, LLP

Date:   October 6, 2014

Re:     Updated Summary of Investigation Regarding ITU Response to January 2014 Student
        and Exchange Visitor Program Request for Evidence, Including History of Related
        Conduct



THOMAS J. NOLAN  |  MICHAEL W. ARMSTRONG  |  DANIEL L. BARTON

Emma Bradford, Diane de Seve, Jaime Dorenbaum, Daniel Olmos, Nicole M. Ryan

600 University Avenue, Palo Alto, California 94301-2076

T 650.326.2980   F 650.326.9704   W nablaw.com