## Exhibit D

*Homeland Security Investigations*

**U.S. Department of Homeland Security**
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC 20536-5600



U.S. Immigration
and Customs
Enforcement

S. Raj Chtterjee, Partner
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105-2482
September 6, 2016

RE: Student and Exchange Visitor Program Notice of Intent to Withdraw

Dear Mr. Chatterjee:

The Student and Exchange Visitor Program (SEVP) received your letter dated August 26, 2016, indicating that your firm represents International Technological University (ITU) with regard to the Notice of Intent to Withdraw (NOIW) ITU's certification. Your letter was not a response to the NOIW, but a request that a document identified as the "October 2014 Report" be returned to ITU based on an assertion of attorney-client privilege.

Contrary to your assertion, SEVP does not believe the October 2014 Report is covered by the attorney-client privilege under state or federal law. Your assertion of privilege relies in part on cases and rules that address unauthorized or involuntary disclosure. However, the October 2014 Report was intentionally provided to SEVP and accordingly, to the extent the document was ever covered by attorney-client privilege, that privilege was waived by its intentional disclosure or lost by ITU's failure to timely assert or reasonably protect the privilege. For these reasons, SEVP does not intend to return the document to ITU.

Your letter states that your firm "will separately answer and respond to the NOIW by September 26, 2016, as agreed". Consistent with that agreement, SEVP is not providing any extension to respond and will treat any answer filed after September 26 as untimely.

Please direct any further inquiries to sevp.support@ice.dhs.gov.

Regards,

**Beth M. Gibble**
Student and Exchange Visitor Program
Homeland Security Investigations
US Immigration and Customs Enforcement
US Department of Homeland Security

cc: Melanie Proctor