## **Exhibit F**



*Homeland Security Investigations*

**U.S. Department of Homeland Security**
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC  20536-5600

S. Raj Chtterjee, Partner
MORRISON FOERSTER
425 Market Street
San Francisco, CA 94105-2482

October 3, 2016

RE: Student and Exchange Visitor Program Notice of Intent to Withdraw

Dear Mr. Chatterjee:

The Student and Exchange Visitor Program (SEVP) received your letter dated September 13, 2016, concerning the "October 2014 Report" (Report) which was previously provided to SEVP by an individual connected to International Technological University (ITU).

Your letter seeks specific information about the individual(s) who provided the Report, their authority to do so, and other related facts.  As you are aware, both state and federal whistleblower laws protect individuals who report legal violations.  The Report at issue here specifically states, "ITU submitted falsified documents to SEVP on at least two previous occasions in response to requests from the agency".  Given the continuing nature of SEVP's enforcement action and SEVP's commitment to ensuring the fullest protection of individuals covered by whistleblower laws, SEVP will not provide the requested information.

Additionally, your letter incorrectly states, "SEVP does not deny that the 'October 2014 Report' is an attorney-client communication, and effectively admits this fact by claiming that the attorney-client privilege was waived".  To be clear, SEVP's September 8, 2016 response stated, "SEVP does not believe the October 2014 Report is covered by the attorney-client privilege under state or federal law" and "to the extent the document was ever covered by attorney-client privilege, that privilege was waived by its intentional disclosure or lost by ITU's failure to timely assert or reasonably protect the privilege".  SEVP continues to believe that the Report is not a privileged communication or otherwise protected.

Please direct any further inquiries to sevp.support@ice.dhs.gov.

Regards,

Beth M. Gibble
Student and Exchange Visitor Program
Homeland Security Investigations
US Immigration and Customs Enforcement
US Department of Homeland Security


cc:  Melanie Proctor