## Exhibit H

*Homeland Security Investigations*

**U.S. Department of Homeland Security**
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC  20536-5600



October 31, 2016

S. Raj Chatterjee, Partner
MORRISON FORESTER
425 Market Street
San Francisco, CA 94105-2482

RE: Student and Exchange Visitor Program Notice of Intent to Withdraw

Dear Mr. Chatterjee:

The Student and Exchange Visitor Program (SEVP) received your letter dated October 21, 2016, requesting additional information concerning the October 2014 Report, about which we have previously corresponded.  SEVP maintains that the document is not privileged and, even if it were, the privilege was not adequately protected and was waived.  Moreover, given the continuing nature of SEVP's enforcement action and the potential applicability of whistleblower protections, SEVP is unable to provide details concerning the disclosure of the 2014 Report.

Please direct any further inquiries to sevp.support@ice.dhs.gov.

Regards,

Lisa Glasoe
Chief, Analysis and Operations Center
Student and Exchange Visitor Program
Homeland Security Investigations
US Immigration and Customs Enforcement
US Department of Homeland Security

cc:  Melanie Proctor