## **Exhibit I**

*Homeland Security Investigations*

**U.S. Department of Homeland Security**
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC 20536-5600



September 28, 2017                                    School Code: SFR214F01670000

Jason Barber
International Technological University
355 W. San Fernando Street
San Jose, CA 95110
jbarber@itu.edu

**Student and Exchange Visitor Program
Motion by a Service Officer**

**Notice**:

In accordance with *8 CFR §103.5(a)(5)*, the Student and Exchange Visitor Program (SEVP) may reopen a decision made regarding a school's petition. International Technological University (ITU) was issued a notice withdrawing its certification to enroll nonimmigrant students on July 18, 2017. SEVP, on its own motion, hereby rescinds the Withdraw on Notice (WON) issued on July 18, 2017 and reopens these proceedings to take additional information and evidence from the school in accord with *8 CFR § 214.4(f)*.

**Procedural and Factual Summary:**

On May 21, 2003, ITU was certified by SEVP to issue Forms I-20, "Certificate of Eligibility", to F-1 nonimmigrant students for three undergraduate and graduate level programs.

During subsequent compliance reviews between 2010 to 2014, SEVP issued several requests for evidence (RFE), including requests for F-1 nonimmigrant student records, in accord with *8 CFR §214.3(g)(1)*.[1] Although ITU responded to each RFE, the school's responses were incomplete and otherwise indicated that ITU had failed to maintain various records relating to F-1 nonimmigrant students studying at ITU.

Therefore, SEVP issued ITU a Notice of Intent to Withdrawal (NOIW) the school's certification on July 26, 2016 outlining several compliance issues, including record-keeping and reporting failures as well as conduct on the part of ITU's designated school officials (DSO) that violates federal regulations. SEVP received the school's response on September 26, 2016, and subsequently issued a decision withdrawing ITU's certification to enroll nonimmigrant students on July 18, 2017. ITU appealed that decision.

---

[1] The dates of the RFEs are as follows:  July 6, 2011, August 9, 2011, October 12, 2011, January 18, 2012, and January 16, 2014.  ITU's responses were received on the following dates:  August 5, 2011, September 9, 2011, November 15, 2011, February 17, 2012, and February 17, 2014.

Page 2 of 2
RE: SFR214F01670000

**Decision**:

ITU appealed the WON on August 1, 2017, noting that the school requested a telephonic interview in their NOIW response. Pursuant to *8 CFR §103.3(a)(2)(ii)*, the SEVP official who made the unfavorable decision being appealed has an opportunity to review the appeal prior to forwarding it to the SEVP Administrative Appeals Team for consideration. Here, the SEVP Analysis and Operations Center (SAOC) issued the decision withdrawing ITU's certification to enroll nonimmigrant students. On review of ITU's NOIW response, the SAOC located ITU's request for an interview, which was incorporated within the school's 33 page brief. Therefore, the SAOC has decided to reopen these proceedings to permit ITU to present additional information and evidence during a telephonic interview. *8 CFR §214.4(f)*.

Accordingly, the SAOC will rescind the WON dated July 18, 2017 pending the outcome of additional proceedings, including a telephonic interview, to address the grounds SEVP raised in the NOIW issued on July 26, 2016.

The SAOC will contact ITU's P/DSOs and attorneys of record to schedule a telephonic interview on a mutually convenient date. In the interim, any questions regarding this notice may be sent to SEVP Support at sevp.support@ice.dhs.gov.

Sincerely,

*[signature: Lisa Glasoe]*

**Lisa Glasoe**
Chief, Analysis and Operations Center
Student and Exchange Visitor Program
US Immigration and Customs Enforcement
500 12th Street, SW MS 5600
Washington, DC 20536-5600

Prepared by: JIK
Enclosures