**<u>Exhibit J</u>**

*Homeland Security Investigations*

**U.S. Department of Homeland Security**
Potomac Center North
500 12th Street, SW MS-5600
Washington, DC  20536-5600



April 17, 2018                                    School Code: SFR214F01670000

Amy Chaung
International Technological University
355 W. San Fernando Street
San Jose, CA 95110
achaung@itu.edu

### Student and Exchange Visitor Program
### Withdrawal on Notice

**Decision**

After review of your institution's response to SEVP's Notice of Intent to Withdraw (NOIW) issued on July 26, 2016, SEVP has determined that your institution is withdrawn on notice. Your school must wait at least one calendar year from the date of this notice before being eligible to petition again for SEVP certification. Eligibility to re-petition will be at the discretion of the Director of SEVP.

The compliance issues identified in this case include: ███████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████

International Technological University has 15 days to file an appeal of this notice.  If you do not choose to file an appeal within this timeframe, the decision is final. No fee is required with appeals related to withdrawal of SEVP certification.

**Background**

On behalf of the Department of Homeland Security (DHS), SEVP uses the Student and Exchange Visitor Information System (SEVIS) to track and monitor U.S. educational institutions that enroll nonimmigrant students, as well as the students themselves while residing in the United States on an F or M visa. Tracking foreign students is a priority for the federal government because events such as the 1993 World Trade Center bombing, the September 11, 2001 attacks, and the Boston Marathon bombings allegedly involved, either directly or indirectly, nonimmigrant students who were admitted into the United States on a student visa. H.R. Rep. N. 107-807, at 316 (2003).

Congress has enacted several statutes meant to eliminate potential vulnerabilities related to nonimmigrant student visas.  For example, the Illegal Immigration Reform and Immigrant

Page 2 of 11
RE: SFR214F01670000

Responsibility Act (IIRIRA) of 1996 contains statutory language mandating the development of a program to collect data and improve tracking of foreign students. In 2001, Congress expanded the foreign student tracking system when it enacted the United and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorists Act (USA PATRIOT ACT) of 2001, Pub. L. No. 107-56 (Oct. 26, 2001). In 2002, Congress strengthened the tracking system yet again, noting concerns with national security and emphasizing the need to carefully track student status and information through the Enhanced Border Security and Visa Entry Reform Act of 2002, (EBSVERA) Pub. L. No. 107-173, § 501 (May 14, 2002). Importantly, EBSVERA instituted a two-year recertification process for all SEVP-certified schools requiring them to demonstrate continued eligibility for SEVP certification, including compliance with all recordkeeping and reporting requirements. In 2010, to prevent visa fraud, Congress enacted the Accreditation of English Language Training Programs Act, Public Law No. 111-306, 124 Stat. 3280 (2010) which required all English language training programs (ESL) to be accredited by an accrediting agency recognized by the Department of Education (ED) to enroll nonimmigrant students. These laws demonstrate a clear congressional directive that the U.S. Immigration and Customs Enforcement (ICE) closely monitors foreign students and the schools in which they enroll by vigorously enforcing the statutory and regulatory requirements.

**Procedural and Factual Summary**

Schools seeking to enroll nonimmigrant students must first submit a Form I-17 (Petition for Approval of School for Attendance by Nonimmigrant Student), along with necessary documentation, to allow SEVP to adjudicate the school's eligibility to enroll foreign students in their programs of study. Schools and their designated school officials (DSOs) must certify that they have read and understand DHS regulations relating to SEVP certification.[1] Once certified, designated school officials (DSOs) must maintain knowledge of the governing regulations and are required to report changes to certain information concerning the school and its students.[2] The school's Form I-17 also informs SEVP of the programs for which it seeks to enroll nonimmigrant students. Schools are only authorized to enroll nonimmigrant students in the programs that are listed on their Form I-17 and only after SEVP has approved the school's certification.[3]

To ensure compliance with this obligation, federal regulations authorize SEVP to review a school's certification at any time to verify compliance with regulations governing recordkeeping, retention, reporting, and other mandatory requirements.[4] Schools that fail to comply with these recordkeeping and reporting requirements, or fail to follow regulatory provisions concerning school certification and/or nonimmigrant student status, are subject to withdrawal of their SEVP certification.[5] In such cases, SEVP issues a Notice of Intent to Withdraw (NOIW) the school's certification explaining the specific regulations SEVP alleges the school violated.[6] The school

---

[1] See *8 CFR § 214.3(a)(1)(ii).*
[2] See *8 CFR §214.3(g)(1) and (l)(3).*
[3] See *8 CFR §214.3(e)(2).*
[4] *8 CFR § 214.3(h)(3) et seq.*
[5] *Id.*
[6] *8 CFR § 214.4(b).*

then has an opportunity to respond to the allegations and may be assisted by counsel of its choice at no expense to the government.[7]

On May 21, 2003, International Technological University (ITU) was certified by SEVP to issue Forms I-20, Certificate of Eligibility, to F-1 nonimmigrant students for the following degree programs: Bachelor of Science, Master of Science, and Master of Business Administration.

In 2010, SEVP initiated an out-of-cycle review of ITU's SEVP certification upon reviewing the school's recordkeeping in SEVIS regarding student enrollment and Curricular Practical Training (CPT). Subsequently on November 16 and 17, 2010, SEVP representatives toured ITU's 765 San Aleso Avenue, Sunnyvale, CA location and conducted an interview with former PDSO Mikel Duffy. Following the site visit, SEVP sent ITU a Request for Student Records on April 20, 2011, to which the school responded on May 5, 2011.

On March 29, 2011, ITU submitted a Form I-17 update in SEVIS to change locations to 355 W. San Fernando Street, San Jose, CA.  After SEVP conducted a site visit of 355 W. San Fernando St. location, SEVP sent the school five separate Requests for Evidence (RFE) between 2011 and 2014 seeking a variety of documents to adjudicate the location change and ensure ITU's continued eligibility for certification.[8]

Moreover, on January 13, 2015, SEVP received a copy of a report dated October 6, 2014, which was commissioned by ITU on May 2, 2014 regarding an "Updated Summary of Investigation Regarding ITU Response to January 2014 Student and Exchange Visitor Program Request for Evidence, Including History of Related Conduct" (Summary of Investigation).[9]

---

[7] 8 CFR § 214.4(b) – (f).
[8] The dates of the RFEs are as follows:  July 6, 2011, August 9, 2011, October 12, 2011, January 18, 2012, and January 16, 2014.  ITU's responses were received on the following dates:  August 5, 2011, September 9, 2011, November 15, 2011, February 17, 2012, and February 17, 2014.
[9] See Addendum A.

Page 4 of 11
RE: SFR214F01670000



Page 5 of 11
RE: SFR214F01670000

Moreover, the *Summary of Investigation* document is not privileged and to the extent it could be deemed privileged, such privilege was waived when an ITU official voluntarily provided the report to SEVP and/or was waived by the school's failure to appropriately protect its claim of privilege by limiting dissemination of the document.

Page 6 of 11
RE: SFR214F01670000



RE: SFR214F01670000

Page 8 of 11
RE: SFR214F01670000



████████████████████████████████████████
████████████████████████████████████████
████████████████

Your school may file an appeal as outlined below.

## Appeal Rights

If you desire to appeal this decision as provided under *8 CFR §103.3*, you must comply with the following:

1. You have fifteen (15) calendar days from the date of service of the Withdrawal on Notice to file appeal.
2. If you do not choose to file an appeal within this timeframe, the decision is final.
3. A complete appeals package consists of:
   a. A completed Form I-290B, Notice of Appeal or Motion, with original signature (form enclosed);
   b. An optional supporting statement or brief specifically stating the grounds for contesting the petition withdrawal; and
   c. Any other supporting documentation.

Additional instructions are attached to this notice. Please refer to *8 CFR §103.3* and *8 CFR §214.4(h)* for the regulations regarding appeals. For further information on filing your appeal and appeal alternatives, please visit http://www.ice.gov/sevis/appeals. Your school may also submit a written request for oral argument in support of your appeal per *8 CFR §103.3(b)*. The SEVP Appeals Team (SAT) has authority to grant or deny the request for oral argument. Any such request will be remanded at the discretion of the SAT.

All documents must be submitted by email to sevp.appeals@ice.dhs.gov. Please note that there is no fee associated with filing an appeal. SAT will contact you directly with a decision. If SAT overturns the decision to withdraw your school, your school will retain SEVIS access.

Your school may also request SEVP reopen or reconsider the withdrawal of your school by filing a Form I-290B, Notice of Appeal or Motion, per *8 CFR §103.5*. Both the form and instructions for filing a motion to SEVP are attached to this notice. For additional information on how to file a motion, please visit http://www.ice.gov/sevis/appeals. Any such request will be remanded at the discretion of SEVP. If your school chooses to file a motion, all documents must be submitted by email to sevp.appeals@ice.dhs.gov. If a motion is filed, your school will have access to SEVIS until you are notified of your SEVP motion outcome. SEVP will contact you directly with the decision.

A motion must be filed within 30 days of service of this Notice. If your school chooses not to file a motion within the specified timeframe or a motion is received by SEVP outside of the 30 day filing period or if your withdrawal is upheld, this decision will be final and SEVP will set a SEVIS access termination date, at which time your SEVIS access will be restricted to only allow DSOs to update current *Initial* and *Active* SEVIS student records until you are notified of your

Page 10 of 11
RE: SFR214F01670000

SEVIS access termination date. If you have any questions regarding the motion process or your status, please contact the SEVP Appeals Team at sevp.appeals@ice.dhs.gov.

If you have questions regarding the appeal process or your school's status, please contact SAT via email at sevp.appeals@ice.dhs.gov.

**<u>Handling Students</u>**

If this WON is upheld or your school chooses not to file an appeal or motion within the required timeframes, your school will be withdrawn in SEVIS. Your school will be notified of its SEVIS access termination date once it has exhausted all its due process rights to appeal. Once your school is withdrawn in SEVIS, your school's DSO will not be able to create *Initial* student records. The DSO will retain access to update current *Initial* and *Active* SEVIS student records until the SEVIS access termination date.

Your school is responsible for advising all current nonimmigrant students in *Initial* and *Active* SEVIS status that the school is no longer certified by SEVP. Your school is also responsible for counseling the students on possible actions and handling their SEVIS records appropriately. All actions taken by students and the transfer of student records must occur by the SEVIS access termination date.

If your school does not file an appeal or motion, SEVP will notify your school of its SEVIS access termination date on May 17, 2018. Furthermore, if your school does not file an appeal or motion, the DSO should immediately update all records in *Initial* status to indicate student registration, student termination or record cancellation. For those students in *Initial* status who have not yet entered the United States, advise them they will not be admitted into the United States with the Forms I-20 issued by your school or a visa issued for them to enroll at your school. If the students still wish to pursue a course of study in the United States, advise them they must apply to another SEVP-certified school. You can refer them to the list of other SEVP-certified schools at http://www.ice.gov/sevis/.

Any questions regarding this Notice may be submitted via e-mail to sevpcompliancesevis@ice.dhs.gov, subject line: **Question: International Technological University SFR214F01670000 WON**.

Sincerely,

**Lisa Glasoe**
Chief, Analysis and Operations Center
Student and Exchange Visitor Program
Homeland Security Investigations
US Immigration and Customs Enforcement

Page 11 of 11
RE: SFR214F01670000

500 12th Street, SW STOP 5600
Washington, DC 20536-5600

Prepared by: JIK

Enclosures
Form I-290B, Notice of Appeal or Motion
Instructions for Filing an Appeal or Motion with SEVP

Addendum A
Addendum B
Addendum C

Cc: Joshua Hill, Form G-28 appointed representative
    Janie Schulman, Form G-28 appointed representative