**<u>Exhibit L</u>**

# School Appeal Status Update

Based on your tracking number, below is the status of your school's appeal. Average time frames for the steps are provided when applicable. However, based on the complexity of your appeal, the case may require additional levels of review, which can affect the overall time frame.

 **Your case is in the Administrative Appeals Team (AAT) queue.**

In Queue



Select the numbers above to view each step in the appeals process. For a detailed description of each step in the process, please download the General Appeals Process Information resource.

## 2 of 8 —

Your case is awaiting review by an appeals adjudicator. AAT processes cases in the order in which they are received. AAT strives to process cases as expediently as possible, but is not able to provide an exact time frame on how long your case will be in queue before it is picked up by an adjudicator. Once the adjudicator has begun work on a case, it takes roughly 60 business days to go through the remaining stages, but this time frame can be extended if complicating factors arise during the review.

### Questions?

Visit the Overview of the Appeals and Motion Processes page on Study in the States and the Frequently Asked Questions page on ICE.gov for more information. Please email Appeals.AdminTeam@ice.dhs.gov for case-specific questions. The Administrative Appeals Team will respond to your inquiry within two business days.