1  ALEX G. TSE (CABN 152348)
   United States Attorney

2

3  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division

4  REBECCA A. FALK (CABN 226798)
   Assistant United States Attorney

5
    450 Golden Gate Avenue, Box 36055
6   San Francisco, California 94102-3495
    Telephone: (415) 436-7022
7   FAX: (415) 436-6748
    Rebecca.Falk@usdoj.gov

8
   Attorneys for Defendants

9
                            UNITED STATES DISTRICT COURT

10
                          NORTHERN DISTRICT OF CALIFORNIA

11
                                 SAN FRANCISCO DIVISION

12

13 | INTERNATIONAL TECHNOLOGICAL       ) Case No: 18-06228 EJD
   | UNIVERSITY FOUNDATION, INC.,      )
14 |                                   ) [PROPOSED] ORDER GRANTING
   |                PLAINTIFF,         ) DEFENDANTS' MOTION TO DISMISS
15 |                                   )
   |         V.                        ) Date: April 11, 2019
16 |                                   ) Time: 9:00 a.m.
   | KIRSTJEN M. NIELSEN, IN HER OFFICIAL ) Courtroom: Courtroom 4, 5th Floor
17 | CAPACITY AS SECRETARY OF THE      ) Judge: Hon. Edward J. Davila
   | DEPARTMENT OF HOMELAND            )
18 | SECURITY, UNITED STATES OF
   | AMERICA, UNITED STATES
19 | DEPARTMENT OF HOMELAND
   | SECURITY, UNITED STATES
20 | IMMIGRATION AND CUSTOMS
   | ENFORCEMENT, STUDENT EXCHANGE
21 | AND VISITOR PROGRAM, AND DOES 1
   | THROUGH 10, INCLUSIVE,
22 |         Defendants.

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
18-6228 EJD

On April 11, 2019, the Defendants' Motion to Dismiss came on regularly for hearing.  Having considered the pleadings, papers on file, supporting evidence, and the parties' arguments, and finding just cause, the Court GRANTS Defendants' motion to dismiss.

IT IS SO ORDERED.

DATED:

_____
HONORABLE EDWARD J. DAVILA
United States District Judge