DAVID L. ANDERSON (CABN 149604)
United States Attorney

SARA WINSLOW (DCBN 457643)
Chief, Civil Division

REBECCA A. FALK (CABN 226798)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7022
    FAX: (415) 436-6745
    Rebecca.Falk@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC.,<br><br>    Plaintiff,<br><br>V.<br><br>KIRSTJEN M. NIELSEN, in her official capacity as SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT EXCHANGE AND VISITOR PROGRAM, and DOES 1 THROUGH 10, INCLUSIVE,<br><br>    Defendants. | CASE NO.   18-CV-06228 EJD<br><br>DECLARATION OF REBECCA A. FALK IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>Date:  June 13, 2019<br>Time:  9 a.m. |

DECLARATION OF REBECCA A. FALK ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 18-CV-06228 EJD

Pursuant to 28 U.S.C. § 1746, I, Rebecca A. Falk, do hereby declare:

1. I am employed as an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102.

2. I make this declaration based on my own personal knowledge of the facts of this matter. If called upon to do so, I could and would testify to the following.

3. On January 2, 2019, I e-mailed Joshua Hill of Morrison & Foerster, counsel for Plaintiff International Technological University Foundation, Inc. ("ITU"), seeking consent to review the report authored by David Olmos of the Nolan law firm dated October 6, 2014 (the "Nolan Memorandum"). In the alternative, I asked him to let me know if ITU would object to the Federal Defendants' request for *in camera* review of the Nolan Memorandum.

4. On January 3, 2019, and after a telephonic discussion regarding the same, Mr. Hill replied via e-mail that ITU did not consent to review of the Nolan Memorandum.

5. On March 22, 2019, via e-mail, Mr. Hill let me know that ITU objects to *in camera* review.

I declare that the foregoing is true and correct under penalty of perjury.

Executed on March 22, 2019, at San Francisco, California.

/s/ Rebecca A. Falk
REBECCA A. FALK
Assistant United States Attorney

DECLARATION OF REBECCA A. FALK ISO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION
CASE NO. 18-CV-06228 EJD                               1