1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   SARA WINSLOW (DCBN 457643)
3  Chief, Civil Division

4  REBECCA A. FALK (CABN 226798)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7022
7       FAX: (415) 436-6748
        Rebecca.Falk@usdoj.gov
8
   Attorneys for Defendants
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN JOSE DIVISION
12

13 | INTERNATIONAL TECHNOLOGICAL      ) CASE NO. 18-06228 EJD
   | UNIVERSITY FOUNDATION, INC.,     )
14 |                                  ) REQUEST FOR JUDICIAL NOTICE IN SUPPORT
   |                    PLAINTIFF,    ) OF DEFENDANTS' MOTION TO DISMISS
15 |                                  )
   | V.                               ) Date: June 13, 2019
16 |                                  ) Time: 9 a.m.
   | KIRSTJEN M. NIELSEN, IN HER OFFICIAL )
17 | CAPACITY AS SECRETARY OF THE     )
   | DEPARTMENT OF HOMELAND           )
18 | SECURITY, UNITED STATES OF
   | AMERICA, UNITED STATES
19 | DEPARTMENT OF HOMELAND
   | SECURITY, UNITED STATES
20 | IMMIGRATION AND CUSTOMS
   | ENFORCEMENT, STUDENT EXCHANGE
21 | AND VISITOR PROGRAM, AND DOES 1
   | THROUGH 10, INCLUSIVE,
22 |
   |     Defendants.
23

24

25

26

27

28

RJN ISO MOTION TO DISMISS
18-06228 EJD

In support of its Motion to Dismiss International Technological University Foundation, Inc.'s ("ITU") Complaint, Federal defendants Kirstjen M. Nielsen, in her official capacity as Secretary of DHS, United States of America, DHS, ICE, and SEVP (collectively, "Federal Defendants") respectfully request that this Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following documents:

(1) Letter dated August 26, 2016 from S. Raj Chatterjee of Morrison & Foerster to Timothy T. Hicks, Chief, Analysis and Operations Center, Student Exchange Visitor Program ("SEVP") as **Exhibit A** (ITU's Exh. C, Dkt. No. 26-5).

(2) Letter dated September 6, 2016 from Beth M. Gibble, SEVP, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security ("Gibble") to S. Raj Chatterjee of Morrison & Foerster as **Exhibit B** (ITU's Exh. D, Dkt. No. 26-6).

(3) Letter dated September 13, 2016 from S. Raj Chatterjee of Morrison & Foerster to Gibble as **Exhibit C** (ITU's Exh. E, Dkt. No. 26-7).

(4) Letter dated October 3, 2016 from Gibble to S. Raj Chatterjee of Morrison & Foerster as **Exhibit D** (ITU's Exh. F, Dkt. No. 26-8).

(5) Letter dated October 21, 2016 from S. Raj Chatterjee of Morrison & Foerster to Gibble as **Exhibit E** (ITU's Exh. G, Dkt. No. 26-9).

(6) Letter dated October 31, 2016 from Lisa Glasoe, Chief, Analysis and Operations Center, SEVP, Homeland Security Investigations, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security ("Glasoe") to S. Raj Chatterjee of Morrison & Foerster as **Exhibit F** (ITU's Exh. H, Dkt. No. 26-10).

(7) Motion by a Service Officer dated September 28, 2017 from Glasoe as **Exhibit G** (ITU's Exh. I, Dkt. No. 26-11).

(8) **Withdrawal on Notice** dated April 17, 2018 from Glasoe to Amy Chuang of ITU as **Exhibit H** (ITU's Exh. J, Dkt. No. 26-12).

(9) Letter dated August 6, 2018 from Joshua Hill of Morrison & Foerster to Glasoe as **Exhibit I** (ITU's Exh. M, Dkt. No. 26-15).

### I. Exhibits A through I Are Properly Subject to Judicial Notice Under the Doctrine Of "Incorporation By Reference"

Where a document is incorporated by reference in a complaint, but is not physically attached, the entire document may be considered by the court if it is central to the claim and no party questions its authenticity. *See Knievel v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005) (under this doctrine, courts may consider on motions to dismiss any authentic documents not attached to complaint if they are central or integral to claims asserted); *In re Silicon Graphics, Inc. Securities Litigation*, 183 F.3d 970, 986 (9th Cir. 1999) (a district court may "consider documents 'whose contents are alleged in a complaint and whole authenticity no party questions, but which are not physically attached to the [plaintiff's] pleading,'" quoting *Branch v. Tunnell*, 14 F.3d 449, 454 (9th Cir. 1994) (overruled on other grounds in *Galbraith v. County of Santa Clara*, 307 F.3d 1119, 1127 (9th Cir. 2002)). Furthermore, documents incorporated by reference to a complaint may be considered by the court on motion to dismiss without converting it into a motion for summary judgment. *Coto Settlement v. Eisenberg*, 593 F.3d 1031, 1038 (9th Cir. 2010).

In its Complaint, Plaintiff alleges that it submitted to SEVP correspondence dated August 26, 2016, September 13, 2016, October 21, 2016 and August 6, 2018. *See* Compl., ¶ 36, 44. ITU alleges it received correspondence from SEVP dated September 6, 2016, October 3, 2016, October 31, 2016. *See id*. ITU alleges that on September 28, 2017, SEVP rescinded the 2017 Withdrawal and reopened its proceedings as described in SEVP's Motion by a Service Officer dated September 28, 2017 (Exh. G). Compl., ¶ 41. ITU alleges that SEVP issued to it a new Withdrawal on Notice on April 18, 2018 announcing again that it was withdrawing ITU's SEVP certification (the "2018 Withdrawal"). Compl, ¶ 42. There should be no question as to the authenticity of the document attached hereto as each was previously filed by ITU in support of its Motion for a Preliminary Injunction, as reflected by the docket numbers listed as part of the description of each exhibit on the previous page, and bear ITU's redactions. Dkt. 26, Exh. C, D, E, F, G, H, I, J, M.

Accordingly, Defendant seeks judicial notice of Exhibits A through I, all of which are documents and information referenced but not included in Plaintiff's Complaint.

///

| | | |
|---|---|---|
| 1 | DATED: April 5, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | DAVID L. ANDERSON<br>United States Attorney |
| 4 | | */s Rebecca A. Falk* |
| 5 | | REBECCA A. FALK<br>Assistant United States Attorney |