UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN M. NIELSEN, et al.,<br><br>Defendants. | Case No. 5:18-cv-06228-EJD<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS AND PI MOTION; CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dkt. Nos. 26, 27, 45 |

The court has reviewed the parties' Joint Stipulation and Proposed Order Further Continuing Consolidated Hearings From August 1, 2019 to September 26, 2019. Dkt. No. 45. Based upon the parties' representations that they have entered into certain negotiations which may obviate the need for further litigation before the court, the court orders as follows.

1. Plaintiff's motion for preliminary injunction (Dkt. No. 26) and Defendants' motion to dismiss (Dkt. No. 27) are DENIED WITHOUT PREJUDICE. In the event the parties' negotiations do not lead to a resolution of the litigation, the parties may renotice their respective motions for hearing on September 26, 2019 at 9:00 a.m. The parties' notices must be filed and served no later than September 11, 2019.

2. The initial case management conference scheduled for August 29, 2019 is continued to November 7, 2019 at 10:00 a.m. The joint case management conference statement must be filed no later than October 28, 2019.

3. All other agreements between the parties set out in Paragraphs 1, 2, and 3 of the Joint Stipulation, filed October 29, 2018 (Dkt. No. 21), and the court's order, dated

October 30, 2018 (Dkt. No. 22) shall remain in effect.

**IT IS SO ORDERED.**

Dated: July 25, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-06228-EJD
ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS AND PI MOTION; CONTINUING CASE MANAGEMENT CONFERENCE

2