JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
INTERNATIONAL TECHNOLOGICAL
UNIVERSITY FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> KIRSTJEN M. NIELSEN, in her official capacity as Acting Secretary of the Department of Homeland Security, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT EXCHANGE AND VISITOR PROGRAM, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   5:18-cv-06228-EJD <br><br> Judge: Hon. Edward J. Davila <br><br> **RE-NOTICE OF HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br><br> Date Action Filed:  October 11, 2018 <br> Trial Date:           None Set |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to the Court's Order of September 10, 2019 (ECF No. 48), the hearing on the Plaintiff's Motion for Preliminary Injunction (ECF No. 26) will be held on January 23, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 4 of San Jose Division of the United States District Court for the Northern District of California located at 280 South First Street, San Jose, CA 95113, before the Honorable Edward J. Davila.

Respectfully Submitted,

DATED:  December 30, 2019           MORRISON & FOERSTER LLP


                                    By:  /s/ *Joshua Hill*
                                         JOSHUA HILL JR.

                                    Attorneys for Plaintiff
                                    INTERNATIONAL
                                    TECHNOLOGICAL UNIVERSITY
                                    FOUNDATION, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, a copy of the foregoing document was served via this Court's ECF filing system, whereupon all counsel of record were served.

Dated: December 30 2019                    /s/ Kimberly Wooten