JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
INTERNATIONAL TECHNOLOGICAL
UNIVERSITY FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT EXCHANGE AND VISITOR PROGRAM, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   5:18-cv-06228-EJD <br><br> Judge: Hon. Edward J. Davila <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CONSOLIDATED HEARINGS FROM JANUARY 23, 2020 TO APRIL 2, 2020, AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE FROM FEBRUARY 27, 2020 TO MAY 7, 2020** <br><br> Date Action Filed: October 11, 2018 <br> Trial Date:            None Set |

1  Plaintiff International Technological University Foundation, Inc. ("ITU") and Defendants Chad F. Wolf, in his official capacity as Acting Secretary of the Department of Homeland Security, United States of America, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement, Student and Exchange Visitor Program (collectively, "Defendants") hereby stipulate as follows:

WHEREAS on October 11, 2018, ITU filed a Complaint alleging violations of the Due Process Clause of the Fifth Amendment and the Administrative Procedure Act and seeking declaratory, injunctive, and mandamus relief pursuant to 28 U.S.C. §§ 1361, 1651, & 2201 and 5 U.S.C. § 706;

WHEREAS on October 11, 2018, ITU's counsel notified the United States Attorney's Office of ITU's intent to file an emergency application for a Temporary Restraining Order ("TRO") later that same day;

WHEREAS Defendants requested that ITU postpone filing the application for a TRO while Defendants agreed to a stay of proceedings in the administrative adjudication of ITU's certification to enroll nonimmigrant students;

WHEREAS Defendants agreed to a stay of proceedings in the administrative adjudication of ITU's certification to enroll nonimmigrant students pending a ruling on ITU's motion for a preliminary injunction ("PI Motion") if ITU agreed not to file an application for a TRO;

WHEREAS the parties previously stipulated to a stay of administrative proceedings until this Court rules on Plaintiff's anticipated PI Motion, a briefing schedule, and a consolidated hearing date for the PI Motion and Motion to Dismiss of March 14, 2019, as set out in full in this Court's Order dated October 30, 2018 (Dkt. No. 22);

WHEREAS the parties previously stipulated to continue the consolidated hearing date to April 11, 2019, as set out in full in this Court's Order dated December 10, 2018 (Dkt. No. 25);

WHEREAS the parties filed their opening briefs pursuant to their stipulated schedule on December 17, 2018 (Dkt. Nos. 26, 27);

WHEREAS the parties filed their opposition briefs on March 22, 2019 and their reply briefs on May 5, 2019 (Dkt. Nos. 32, 33);

STIPULATION AND [PROPOSED] ORDER CONTINUING CONSOLIDATED HEARINGS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 18-CV-6228
sf-4162946

1

WHEREAS the Court advanced the consolidated hearing to June 12, 2019 and reset the initial case management conference to August 29, 2019 (Dkt. No. 41);

WHEREAS the parties previously stipulated to continue the consolidated hearing until August 1, 2019, as set out in full in this Court's Order dated June 7, 2019 (Dkt. No. 43);

WHEREAS the parties previously stipulated to further continue the consolidated hearing from August 1, 2019 to September 26, 2019 (Dkt. No. 45);

WHEREAS the Court denied Defendants' Motion to Dismiss and Plaintiff's PI Motion without prejudice on July 25, 2019 and ordered that the motions be renoticed, if at all, by September 11, 2019 for a hearing on September 26, 2019 (Dkt. No. 46);

WHEREAS the Court extended the parties' time to renotice the consolidated hearings from September 11, 2019 for a hearing on September 26, 2019 to December 30, 2019 for a hearing on January 23, 2020 and set the initial case management conference for February 27, 2020 (Dkt. No. 48);

WHEREAS the parties engaged in active settlement discussions throughout the summer until early October, but encountered a delay in negotiations due to changes in the composition of ITU's Board of Trustees and senior leadership that occurred in October;

WHEREAS on December 27, 2019, Defendants renoticed the hearing on their motion to dismiss for January 23, 2020 (Dkt. No. 49);

WHEREAS on December 30, 2019, Plaintiff renoticed the hearing on its motion for a preliminary injunction for January 23, 2020 (Dkt. No. 50);

WHEREAS, following the parties' filings renoticing the consolidated hearings, ITU's new senior leadership proposed the resumption of settlement discussions, and in response the Government has requested additional information from ITU so that it may consider the effects of recent developments at ITU; WHEREAS these further discussions may obviate the need for further litigation before this Court;

WHEREAS the January 23, 2020 hearing date additionally presents a scheduling conflict for Plaintiff's counsel;

WHEREAS the parties agree that it would best conserve the resources of the Court and

STIPULATION AND [PROPOSED] ORDER CONTINUING CONSOLIDATED HEARINGS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 18-CV-6228
sf-4162946

2

the parties to permit the parties additional time to carry on these discussions prior to the consolidated motion hearing and the initial case management conference, that the consolidated hearing currently set for January 23, 2020 should be continued to April 2, 2020 and that the initial case management conference currently set for February 27, 2020 should be continued to May 7, 2020;

IT IS HEREBY STIPULATED by and between Plaintiff ITU and Defendants that:

(1) The parties jointly request that the hearings on the Plaintiff's motion for preliminary injunction (Dkt. No 26) and Defendants' motion to dismiss (Dkt. No. 27) be continued from January 23, 2020 to April 2, 2020;

(2) The parties jointly request that the initial case management conference be continued from February 27, 2020 to May 7, 2020; and

(3) This Joint Stipulation shall leave undisturbed all agreements between the parties set out in Paragraphs 1, 2 and 3 of the Joint Stipulation, filed October 29, 2018, and the Court's Order, dated October 30, 2018 (Dkt. No. 22).

Respectfully Submitted,

DATED:   January 8, 2020

| MORRISON & FOERSTER LLP | DAVID L. ANDERSON<br>UNITED STATES ATTORNEY |
|---|---|
| By: /s/ *Joshua Hill*<br>    JOSHUA HILL JR. | By: /s/ *Michelle Lo*<br>    Michelle Lo<br>    Assistant United States Attorney |
| Attorneys for Plaintiff<br>INTERNATIONAL<br>TECHNOLOGICAL UNIVERSITY<br>FOUNDATION, INC. | Attorneys for Federal Defendants |

STIPULATION AND [PROPOSED] ORDER CONTINUING CONSOLIDATED HEARINGS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 18-CV-6228
sf-4162946

3

**[PROPOSED] ORDER**

Having reviewed the parties' Joint Stipulation and [Proposed] Continuing Consolidated Hearings From January 23, 2020 to April 2, 2020, and Continuing Initial Case Management Conference from February 27, 2020 to May 7, 2020, IT IS HEREBY ORDERED that:

(1) The hearings on the Plaintiff's motion for preliminary injunction (Dkt. No 26) and Defendants' motion to dismiss (Dkt. No. 27) be continued from January 23, 2020 to April 2, 2020;

(2) The initial case management conference is continued from February 27, 2020 at 10:00 a.m. to May 7, 2020 at 10:00 a.m.; and

(3) All agreements between the parties set out in Paragraphs 1, 2 and 3 of the Joint Stipulation, filed October 29, 2018 (Dkt. No. 21), and the Court's Order, dated October 30, 2018 (Dkt. No. 22) shall remain in effect.

IT IS SO ORDERED.

DATED: January 8, 2020

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER CONTINUING CONSOLIDATED HEARINGS AND CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
Case No. 18-CV-6228
sf-4162946

4