JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff
INTERNATIONAL TECHNOLOGICAL
UNIVERSITY FOUNDATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security, UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, STUDENT EXCHANGE AND VISITOR PROGRAM, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.   5:18-cv-06228-EJD <br><br> Judge:  Hon. Edward J. Davila <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CONSOLIDATED HEARINGS TO AUGUST 27, 2020** <br><br> Date Action Filed:  October 11, 2018 <br> Trial Date:            None Set |

1  Plaintiff, International Technological University Foundation, Inc. ("ITU"), and
2  Defendants, Chad F. Wolf, in his official capacity as Acting Secretary of the Department of
3  Homeland Security, United States of America, U.S. Department of Homeland Security, and U.S.
4  Immigration and Customs Enforcement, Student and Exchange Visitor Program (collectively,
5  "Defendants"), hereby stipulate as follows, subject to the Court's approval:

6  WHEREAS on October 11, 2018, ITU filed a Complaint alleging violations of the Due
7  Process Clause of the Fifth Amendment and the Administrative Procedure Act and seeking
8  declaratory, injunctive, and mandamus relief pursuant to 28 U.S.C. §§ 1361, 1651, & 2201 and 5
9  U.S.C. § 706;

10  WHEREAS on October 11, 2018, ITU's counsel notified the United States Attorney's
11  Office of ITU's intent to file an emergency application for a Temporary Restraining Order
12  ("TRO") later that same day;

13  WHEREAS Defendants agreed to a stay of proceedings in the administrative adjudication
14  of ITU's certification to enroll nonimmigrant students pending a ruling on ITU's motion for a
15  preliminary injunction ("PI Motion") if ITU agreed not to file an application for a TRO;

16  WHEREAS the parties previously stipulated to a stay of administrative proceedings until
17  this Court rules on Plaintiff's anticipated PI Motion, a briefing schedule, and a consolidated
18  hearing date for the PI Motion and Motion to Dismiss of March 14, 2019, as set out in full in this
19  Court's Order dated October 30, 2018 (Dkt. No. 22);

20  WHEREAS the parties filed their opening briefs pursuant to their stipulated schedule on
21  December 17, 2018 (Dkt. Nos. 26, 27);

22  WHEREAS the parties filed their opposition briefs on March 22, 2019 and their reply
23  briefs on May 5, 2019 (Dkt. Nos. 32, 33);

24  WHEREAS the parties filed several stipulations to continue the consolidated hearings and
25  initial case management conference (Dkt. Nos. 41, 43, 45);

26  WHEREAS, on July 25, 2019, the Court denied Plaintiff's PI Motion and Defendants'
27  Motion to Dismiss without prejudice and ordered that the motions be renoticed, if at all, by
28  September 11, 2019 for a hearing on September 26, 2019 (Dkt. No. 46);

1  WHEREAS the Court extended the parties' time to renotice the consolidated hearings
2  from September 11, 2019 for a hearing on September 26, 2019 to December 30, 2019 for a
3  hearing on January 23, 2020 and set the initial case management conference for February 27,
4  2020 (Dkt. No. 48);
5  WHEREAS the parties engaged in active settlement discussions throughout the summer
6  until early October 2019, but encountered a delay in negotiations due to changes in the
7  composition of ITU's Board of Trustees and senior leadership that occurred in October 2019;
8  WHEREAS on December 27, 2019, Defendants renoticed the hearing on their motion to
9  dismiss for January 23, 2020 (Dkt. No. 49);
10  WHEREAS on December 30, 2019, Plaintiff renoticed the hearing on its motion for a
11  preliminary injunction for January 23, 2020 (Dkt. No. 50);
12  WHEREAS, following the parties' filings renoticing the consolidated hearings, Plaintiff
13  proposed the resumption of settlement discussions, and in response the Government requested
14  additional information from ITU so that it may consider the effects of recent developments at
15  ITU;
16  WHEREAS the parties previously stipulated to continue the consolidated hearing from
17  January 23, 2020 to April 2, 2020, from April 2, 2020 to June 11, 2020, and from June 11, 2020
18  to July 30, 2020, and the Court approved these stipulations (Dkt. Nos. 52, 54, 56);
19  WHEREAS in the past few months the parties have made significant progress toward a
20  settlement and are actively working to obtain the necessary approvals;
21  WHEREAS due to the disruptions and limitations created by the COVID-19 pandemic,
22  the parties anticipate that additional time may be necessary to reach a final agreement and
23  therefore request that the Court further continue the consolidated hearing from July 30, 2020 to
24  August 27, 2020;
25  WHEREAS the parties intend to continue their discussions during this time and these
26  further discussions may obviate the need for further litigation before this Court;
27  IT IS HEREBY STIPULATED by and between Plaintiff ITU and Defendants that:
28  (1)   The parties jointly request that the hearings on the Plaintiff's motion for

preliminary injunction (Dkt. No 26) and Defendants' motion to dismiss (Dkt. No. 27) be continued from July 30, 2020 to August 27, 2020; at 10:00 a.m.

(2)  The parties jointly request that the initial case management conference remain set for August 27, 2020; and

(3)  This Joint Stipulation shall leave undisturbed all agreements between the parties set out in Paragraphs 1, 2 and 3 of the Joint Stipulation, filed October 29, 2018, and the Court's Order, dated October 30, 2018 (Dkt. No. 22).

Respectfully Submitted,

DATED:   July 9, 2020

| MORRISON & FOERSTER LLP | DAVID L. ANDERSON<br>UNITED STATES ATTORNEY |
|---|---|
| By: /s/ *Joshua Hill*<br>   JOSHUA HILL JR. | By: /s/ *Michelle Lo*<br>   Michelle Lo<br>   Assistant United States Attorney |
| Attorneys for Plaintiff<br>INTERNATIONAL<br>TECHNOLOGICAL UNIVERSITY<br>FOUNDATION, INC. | Attorneys for Federal Defendants |

# [PROPOSED] ORDER

Having reviewed the parties' Joint Stipulation and [Proposed] Order Continuing Consolidated Hearings to August 27, 2020, IT IS HEREBY ORDERED that:

(1) The hearings on the Plaintiff's motion for preliminary injunction (Dkt. No 26) and Defendants' motion to dismiss (Dkt. No. 27) be continued from July 30, 2020 to August 27, 2020 at ~~9:00 a.m.;~~ 10:00 a.m.

(2) The initial case management conference remains set for August 27, 2020 at 10:00 a.m.; and

(3) All agreements between the parties set out in Paragraphs 1, 2 and 3 of the Joint Stipulation, filed October 29, 2018 (Dkt. No. 21), and the Court's Order, dated October 30, 2018 (Dkt. No. 22) shall remain in effect.

IT IS SO ORDERED.

DATED: ___July 10, 2020___

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT COURT JUDGE

**ATTESTATION (CIVIL LOCAL RULE 5-1(I)(3))**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: July 9, 2020                    MORRISON & FOERSTER LLP

                                       _/s/ Joshua Hill_
                                       Joshua Hill Jr.