JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHELLE LO (NYBN 4325163)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile:  (415) 436-6748
    Email:  Michelle.Lo@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security, et al., <br><br> Defendants. | Case No. 5:18-cv-06228-EJD <br><br> Hon. Edward J. Davila <br><br> **NOTICE OF SETTLEMENT** |

NOTICE OF SETTLEMENT
18-6228 EJD

Plaintiff, International Technological University Foundation, Inc. ("ITU"), and Defendants, Chad F. Wolf, in his official capacity as Acting Secretary of the Department of Homeland Security, United States of America, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement, Student and Exchange Visitor Program (together, "Defendants") (hereafter collectively referred to as "the Parties"), respectfully inform the Court that the Parties have agreed to a settlement in principle.  The Parties request that all case management dates, including the hearing on Plaintiff's motion for preliminary injunction (ECF No 26) and Defendants' motion to dismiss (ECF No. 27) and the initial case management conference, be vacated.  The Parties anticipate filing a stipulation of dismissal within 60 days.

Dated: August 12, 2020

Respectfully Submitted,

| MORRISON & FOERSTER LLP | DAVID L. ANDERSON<br>UNITED STATES ATTORNEY |
|---|---|
| By:  /s/ *Joshua Hill*<br>     JOSHUA HILL JR. | By:  /s/ *Michelle Lo*<br>     Michelle Lo<br>     Assistant United States Attorney |
| Attorneys for Plaintiff<br>INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC. | Attorneys for Federal Defendants |

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

NOTICE OF SETTLEMENT
18-6228 EJD