JOSHUA HILL JR. (SBN 250842)
JHill@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

JANIE F. SCHULMAN (SBN 130461)
JSchulman@mofo.com
NILES A. PIERSON (SBN 307115)
NPierson@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Plaintiff

DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
MICHELLE LO (NYBN 4325163)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7180
    Facsimile: (415) 436-6748
    Email: Michelle.Lo@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security, et al.,<br><br>    Defendants. | Case No. 5:18-cv-06228-EJD<br><br>Hon. Edward J. Davila<br><br>**RESPONSE TO ORDER TO SHOW CAUSE RE SETTLEMENT** |

1 On August 12, 2020, Plaintiff, International Technological University Foundation, Inc. ("ITU"), and Defendants, Chad F. Wolf, in his official capacity as Acting Secretary of the Department of Homeland Security, United States of America, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement, Student and Exchange Visitor Program (together, "Defendants") (hereafter collectively referred to as "the Parties"), filed a Notice of Settlement advising the Court that the Parties had reached a settlement in principle.  ECF No. 59.  On August 13, 2020, the Court issued an Order to Show Cause and directed the parties to file on or before October 19, 2020, a joint statement setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.  The parties respond as follows:

    1.    Over the past two months, the Parties have exchanged several drafts of a settlement agreement and have made substantial progress toward finalizing the agreement.

    2.    The Parties have also been working to resolve a related issue, and expect to finalize a resolution of that matter at the same time that they finalize the settlement agreement and dismissal in this case.

    3.    The Parties require additional time to address certain complexities and to obtain the necessary approvals in order to finalize their settlement efforts.

    4.    Based on their discussions, the Parties believe that additional time until November 30, 2020, will be necessary to finalize and file a dismissal.  The Parties respectfully request that the Court vacate the hearing scheduled for October 29, 2020, or reset it for a time after November 30, 2020.

Dated: October 19, 2020

                                          Respectfully Submitted,

| MORRISON & FOERSTER LLP | DAVID L. ANDERSON<br>UNITED STATES ATTORNEY |
|---|---|
| By:  /s/ *Joshua Hill*<br>     JOSHUA HILL JR.<br><br>Attorneys for Plaintiff<br>INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC. | By:  /s/ *Michelle Lo*<br>     Michelle Lo<br>     Assistant United States Attorney<br>Attorneys for Federal Defendants |

RESPONSE TO ORDER TO SHOW CAUSE RE SETTLEMENT
18-6228 EJD

**ECF ATTESTATION**

In accordance with Civil Local Rule 5(i)(3), I, Michelle Lo, attest that I have obtained concurrence in the filing of this document from the other signatory listed here.

RESPONSE TO ORDER TO SHOW CAUSE RE SETTLEMENT
18-6228 EJD