UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN M NIELSEN, et al.,<br><br>Defendants. | Case No.   5:18-cv-06228-EJD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. Nos. 59, 61 |

The parties, having filed a Response to this Court's August 13, 2020 Order to Show Cause on **October 19, 2020** notifying the Court that additional time is required to finalize and file a dismissal (See Docket Item No. 61) and having requested the Court reset the Order to Show Cause Hearing for a time after November 30, 2020, are ordered to appear before the Honorable Edward J. Davila on **December 17, 2020 at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **December 7, 2020,** the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **December 7, 2020.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

Case No.: 5:18-cv-06228-EJD
ORDER TO SHOW CAUSE RE SETTLEMENT

1

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: October 20, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:18-cv-06228-EJD
ORDER TO SHOW CAUSE RE SETTLEMENT
2