1  JOSHUA HILL JR. (SBN 250842)
   JHill@mofo.com
2  MORRISON & FOERSTER LLP
   425 Market Street
3  San Francisco, California 94105-2482
   Telephone: 415.268.7000
4  Facsimile: 415.268.7522

5  JANIE F. SCHULMAN (SBN 130461)
   JSchulman@mofo.com
6  NILES A. PIERSON (SBN 307115)
   NPierson@mofo.com
7  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
8  Los Angeles, California 90017-3543
   Telephone: 213.892.5200
9  Facsimile: 213.892.5454

10 Attorneys for Plaintiff

11 DAVID L. ANDERSON (CABN 149604)
   United States Attorney
12 SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
13 MICHELLE LO (NYBN 4325163)
   Assistant United States Attorney
14      450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
15      Telephone: (415) 436-7180
        Facsimile: (415) 436-6748
16      Email: Michelle.Lo@usdoj.gov

17 Attorneys for Defendants

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                       SAN JOSE DIVISION

| | |
|---|---|
| 21  INTERNATIONAL TECHNOLOGICAL UNIVERSITY FOUNDATION, INC., | Case No. 5:18-cv-06228-EJD |
| 22 | Hon. Edward J. Davila |
| 23       Plaintiff, | |
| 24       v. | **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| 25  CHAD F. WOLF, in his official capacity as Acting Secretary of the Department of Homeland Security, et al., | |
| 26 | |
| 27       Defendants. | |

STIPULATION OF DISMISSAL
CASE NO. 5:18-6228-EJD

1

1    Plaintiff, International Technological University Foundation, Inc., and Defendants, Chad F. Wolf, in his official capacity as Acting Secretary of the Department of Homeland Security, United States of America, U.S. Department of Homeland Security, and U.S. Immigration and Customs Enforcement, Student and Exchange Visitor Program, by and through undersigned counsel, stipulate to dismissal of this action without prejudice against all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorney's fees.

Dated:  January 11, 2021

MORRISON & FOERSTER LLP

*[signature]*

Joshua Hill Jr.
Counsel for Plaintiff

Dated:  January 11, 2021

DAVID L. ANDERSON
United States Attorney

 /s/ *Michelle Lo*
Michelle Lo
Assistant United States Attorney
Counsel for Defendants

### ECF ATTESTATION

In accordance with Civil Local Rule 5(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatories.

Dated: January 11, 2021

*[signature]*

Joshua Hill Jr.

STIPULATION OF DISMISSAL
CASE NO. 5:18-6228-EJD